**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

United States of America,
                    Plaintiff                    Case No. 11-11053
                                                 Hon. George Caram Steeh
-v-

James A. Laden,
                    Defendant

_____

**ORDER PERMITTING SERVICE OF PROCESS BY SUBSTITUTED MEANS**
_____

         The plaintiff has filed a petition for an order permitting substituted service

of process and an affidavit by a process server reciting the unsuccessful

attempts at service of the summons and compliant.  The court finds that service

of process cannot reasonably be made in a manner set forth under Michigan law,

and that the substitute means requested reasonably are calculated to give the

defendant actual notice of the proceedings and an opportunity to be heard. *See*

Fed. R. Civ. P. 4(e)(1); Mich. Ct. R. 2.105(I)(1).

         Accordingly, it is ORDERED that the plaintiff's petition for order permitting

substitute service of process [dkt # 3] is GRANTED.

         It is ORDERED that the plaintiff may serve the defendant, James A.

Laden, with the summons and a copy of the complaint by:

         (A) Posting a copy thereof, along with a copy of this petition and order for

              substituted service of process, at the defendant's residence at: 10695

              Lanark, Detroit, Michigan 48224;

(B) Mailing a copy of the same by certified mail (return receipt requested)

to the defendant's residence noted above; and

(C) Mailing a copy of the same by first class mail to the defendant's

residence noted above

The plaintiff shall file a certificate confirming service as provided herein.

s/George Caram Steeh
United States District Judge

Dated:  August 15, 2011